UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X   Civil Docket Case 24-cv-01402-RER

David Reiner, Kidline Enterpises Inc.
Tele Go Inc., Infinite Solutions NY Inc.
Chaim Kohn, JCR Printing, Yossi Reiner,

                                            Appellants,

v.

Mendel Paneth,
Sarah Paneth,

                                         Appellees.

----------------------------------------------------X

**ENDORSED ORDER**

**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE RESPONSES TO BRIEFS**

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys

for the parties that the time within which, the Appellees may file their response is hereby extended

to and including July 10, 2024, and Appellants time to file their reply is extended to September 10,

2024.

        There has been no previous request for an extension of time in connection with this matter.

**For the Appellants**

*/S/MarkFrankel*
Mark Frankel
Backenroth Frankel & Krinsky, LLP
488 Madison Avenue, Floor 23
New York, New York  10022
(212) 593-1100
mfrankel@bfklaw.com

**For the Appellees**

*/s/karamvirdahiya*
Karamvir Dahiya
DAHIYA LAW OFFICES LLC
Attorneys
75 Maiden Lane Suite 606
New York, New York 10038
Tel: 212-766 8000
karam@dahiya.law

So Ordered /s/ Ramón E. Reyes, Jr.
                      **USDJ**
                  5/21/2024